IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROMASTER, INC.,<br>a Kentucky Corporation<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE HUTTERIAN<br>BRETHREN, INC., d/b/a<br>RIVERSIDE MANUFACTURING, a<br>South Dakota Corporation,<br><br>Defendant. | Case No. 8:11-cv-00087<br><br><br><br><br><br>**ORDER OF DISMISSAL** |

Whereas, Counsel for Plaintiff, Gro Master, Inc., has filed a dismissal of the above-entitled matter,

IT IS ORDERED that the above-entitled matter is dismissed without prejudice.

DATED this 10th day of May, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge